# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Supervised Release) |
|  | Case Number: 8:89-cr-126-T-23MAP |
| LUIS JULIO LIBED | USM Number: 09818-018 |
|  | Defendant's Attorney: David Secular, afpd |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one and four of the August 11, 2008, superseding petition (Doc. 219).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New criminal conduct, driving with license suspended | 10/16/2007 |
| Four | New conviction, reckless driving | 06/09/2008 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

__X__   The United States withdraws the violations charged in numbered paragraphs two and three.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

August 21, 2008
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

August 21st, 2008
Date

DEFENDANT:     LUIS JULIO LIBED
CASE NUMBER:   8:89-cr-126-T-23MAP

Judgment - Page 2 of 3

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FOURTEEN (14) MONTHS as to count one and count four, the terms to run concurrently.**

___ The court makes the following recommendations to the Bureau of Prisons:

_X_ **The defendant is remanded to the custody of the United States Marshal.**

___ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.  p.m.  on _____.

    ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation:       Sheet 3 - Supervised Release

DEFENDANT:     LUIS JULIO LIBED                                         Judgment - Page 3 of 3
CASE NUMBER:   8:89-cr-126-T-23MAP

## SUPERVISED RELEASE

**NO TERM OF SUPERVISION IS IMPOSED.**